## 37638. CHEVRON U.S.A. INC. v. GRINER.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 8, 1981.

*Jack J. Helms,* for appellant.

*Berrien L. Sutton,* for appellee.